**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |  | |
|---|---|---|---|
| Case No: | 21-50050   RLJ   Judge: ROBERT L. JONES | Trustee Name: | MYRTLE D. MCDONALD, TRUSTEE |
| Case Name: | TRES RIOS CATTLE COMPANY LLC | Date Filed (f) or Converted (c): | 09/02/21 (c) |
| | | 341(a) Meeting Date: | 10/19/21 |
| For Period Ending: | 05/26/22 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK ACCT.<br>   Happy State Bank, Payroll Account | 16,176.24 | 0.00 | | 238.34 | FA |
| 2. Bank Account<br>   Happy State Bank, Operating Account | 100.00 | 0.00 | | 0.00 | FA |
| 3. Livestock<br>   3470 calves in grow yard - stay lifted as to livestock equipment and 2nd<br>   lien on real estate in chapter 7 - cattle reduced number on conversion | 1,014,000.00 | 0.00 | | 0.00 | FA |
| 4. Kubota 4WD Tractor with FO<br>   Serial No. KBUL6DHRL<br><br>   Stay lifted | 15,000.00 | 0.00 | | 0.00 | FA |
| 5. Kubota $WD Tractor with FO<br>   Serial No. KBUL6DHRLJ<br><br>   Stay Lifted | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. Kubota 4WD Tractor with FO`<br>   Serial No. KBUL6DHRL<br><br>   Stay Lifted | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. 2015 Dodge Ram 3500 Truck<br>   1100 miles Truck hasnt run in over 6 months. Motor is down | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Skidsteer Loader<br>   stay lifted | 62,000.00 | 0.00 | | 0.00 | FA |
| 9. Wheel Loader<br>   stay lifted | 120,000.00 | 0.00 | | 0.00 | FA |
| 10. Reinke 7-Tower Pivot | 50,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.04a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 21-50050 | RLJ | Judge: ROBERT L. JONES | Trustee Name: | MYRTLE D. MCDONALD, TRUSTEE |
| Case Name: | TRES RIOS CATTLE COMPANY LLC | | | Date Filed (f) or Converted (c): | 09/02/21 (c) |
| | | | | 341(a) Meeting Date: | 10/19/21 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Diversified Financial first lien $23,000.00 second lien PCA<br>11. John Deere 672G Motor Grader<br>Stay Lifted | 95,000.00 | 0.00 | | 0.00 | FA |
| 12. Vovvo L90<br>Stay Lifted | 5,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,409,776.24 | $0.00 | | $238.34 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5-25-22 Small amount of money in bank account to be is distributed. Not covered by liens.

3-11-22 Appears all assets covered by liens. No value for estate. Foreclosures ongoing and various adversaries pending

12-21 Small amount of money in DIP account. Some investigation ongoiing on estate. Appears to be basically minimal asset case.

Initial Projected Date of Final Report (TFR): 12/31/23      Current Projected Date of Final Report (TFR): 12/31/23

LFORM1

Ver: 22.04a