**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 21-50050 RLJ Judge: ROBERT L. JONES | Trustee Name: | MYRTLE D. MCDONALD, TRUSTEE |
|---|---|---|---|
| Case Name: | TRES RIOS CATTLE COMPANY LLC | Date Filed (f) or Converted (c): | 09/02/21 (c) |
|  |  | 341(a) Meeting Date: | 10/19/21 |
| For Period Ending: | 12/31/22  (2nd reporting period for this case) | Claims Bar Date: | 08/24/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCT. | 16,176.24 | 0.00 |  | 238.34 | FA |
| Happy State Bank, Payroll Account |  |  |  |  |  |
| 2. Bank Account | 100.00 | 0.00 |  | 0.00 | FA |
| Happy State Bank, Operating Account |  |  |  |  |  |
| 3. Livestock | 1,014,000.00 | 0.00 |  | 0.00 | FA |
| 3470 calves in grow yard - stay lifted as to livestock equipment and 2nd lien on real estate in chapter 7 - cattle reduced number on conversion |  |  |  |  |  |
| 4. Kubota 4WD Tractor with FO | 15,000.00 | 0.00 |  | 0.00 | FA |
| Serial No. KBUL6DHRL |  |  |  |  |  |
| Stay lifted |  |  |  |  |  |
| 5. Kubota $WD Tractor with FO | 15,000.00 | 0.00 |  | 0.00 | FA |
| Serial No. KBUL6DHRLJ |  |  |  |  |  |
| Stay Lifted |  |  |  |  |  |
| 6. Kubota 4WD Tractor with FO` | 15,000.00 | 0.00 |  | 0.00 | FA |
| Serial No. KBUL6DHRL |  |  |  |  |  |
| Stay Lifted |  |  |  |  |  |
| 7. 2015 Dodge Ram 3500 Truck | 2,500.00 | 0.00 |  | 0.00 | FA |
| 1100 miles Truck hasnt run in over 6 months. Motor is down |  |  |  |  |  |
| 8. Skidsteer Loader | 62,000.00 | 0.00 |  | 0.00 | FA |
| stay lifted |  |  |  |  |  |
| 9. Wheel Loader | 120,000.00 | 0.00 |  | 0.00 | FA |
| stay lifted |  |  |  |  |  |
| 10. Reinke 7-Tower Pivot | 50,000.00 | 0.00 |  | 0.00 | FA |

LFORM1                                                                                                                                                                                       Ver: 22.07f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 21-50050 RLJ Judge: ROBERT L. JONES | Trustee Name: | MYRTLE D. MCDONALD, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | TRES RIOS CATTLE COMPANY LLC | Date Filed (f) or Converted (c): | 09/02/21 (c) |
| | | 341(a) Meeting Date: | 10/19/21 |
| | | Claims Bar Date: | 08/24/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Diversified Financial first lien $23,000.00 second lien PCA John Deere 672G Motor Grader Stay Lifted | 95,000.00 | 0.00 | | 0.00 | FA |
| 12. Vovvo L90 Stay Lifted | 5,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,409,776.24 | $0.00 | | $238.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01-16-23  Waiting on completion of adversary case set for trial February 2023.

5-25-22 Small amount of money in bank account to be is distributed.  Not covered by  liens.

3-11-22  Appears all assets covered by liens.  No value for estate.  Foreclosures ongoing and various adversaries pending

12-21 Small amount of money in DIP account.  Some investigation ongoiing on estate.  Appears to be basically minimal asset case.

Initial Projected Date of Final Report (TFR): 12/31/23     Current Projected Date of Final Report (TFR): 12/31/23